**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:26-cr-311-SDM-AAS | **DATE:** | November 23, 2026 |
| **HONORABLE AMANDA A. SANSONE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br>v.<br>FABIAN L. ROJAS | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Jay Trezevant | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME** 1:42 PM – 1:47 PM | **TOTAL:** 5 Minutes | **PRETRIAL:** | N/A |
| | | **COURTROOM:** | 10B |

**PROCEEDINGS: INITIAL APPEARANCE & ARRAIGNMENT**

Defendant provided a copy of the Indictment and waived formal reading of the Indictment.

The Court summarized the charges and advised the Defendant of his Rule 5 rights.

Oral Order of Due Process entered.

Oral motion for appointment of counsel. Motion granted. The Office of the Federal Public Defender is appointed to represent the Defendant.

A plea of **NOT GUILTY** is entered as to all counts.

**Trial Term:** January 4, 2027, before Judge Steven D. Merryday.

**Status Report:** Due on or before December 10, 2026.

Oral motion for discovery and oral motion for reciprocal discovery. Both motions granted.

**Detention:**

Government: Seeking detention. Proffer made by counsel.

Defendant: Reserves the right to seek conditions of release upon filing an appropriate motion.

Court: Defendant is ordered detained. The issue of bond is moot, as the Defendant is currently serving a state sentence.

Defendant remanded to the custody of the United States Marshals Service.